No. 12–5384. ANAYA v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 12–5385. LOPEZ VASQUEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 12–5386. BOTHA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 12–5389. NORWOOD v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 12–5390. MATTHEWS v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 12–5391. BUTLER v. SHINSEKI, SECRETARY OF VETERANS AFFAIRS, ET AL. C. A. 5th Cir. Certiorari denied.

No. 12–5392. BOWEN v. BOWEN. Ct. App. Utah. Certiorari denied.

No. 12–5393. BARTOLILLO v. BROWN, SUPERINTENDENT, EASTERN NEW YORK CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 12–5394. ALDRED v. BIRKETT, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 12–5395. ARAFAT v. STATE FARM INSURANCE CO. ET AL. Sup. Ct. Fla. Certiorari denied.

No. 12–5396. BORECKI v. ARIZONA DEPARTMENT OF ECONOMIC SECURITY ET AL. Ct. App. Ariz. Certiorari denied.

No. 12–5397. GOMEZ-HAWKINS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 12–5398. MATTISON v. MICHIGAN. Ct. App. Mich. Certiorari denied.

No. 12–5400. LENOIR v. TUCKER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.